LESLIE B. URSO *v.* DEPARTMENT OF
MOTOR VEHICLES
(12397)

FOTI, LANDAU and HEIMAN, Js.

Argued January 11—decision released February 1, 1994

*Ralph J. Alexander,* with whom, on the brief, was *John F. Sullivan,* for the appellant (plaintiff).

*Robert T. Morrin,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.